# Order

**Lansing, Michigan**

March 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158795(79)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CHARLES C. BUTLER, Personal
Representative of the ESTATE OF
HARISHKUMAR PATEL,
      Plaintiff-Appellee,

v

SC: 158795
COA: 337851
Berrien CC: 12-000336-NP

REINALT-THOMAS CORPORATION, doing
business as DISCOUNT TIRE COMPANY,
      Defendant,
and

GOODYEAR TIRE & RUBBER COMPANY,
      Defendant-Appellant.
_____/

On order of the Chief Justice, the motion of plaintiff-appellee to substitute Charles
C. Butler as the named Personal Representative is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2019



Clerk